GREAT AMERICAN INDEMNITY COMPANY, Maryland Casualty Company, and New York Casualty Company v. UNITED STATES of America, Union Trust Company, and Ira J. Fulton, Superintendent of Banks of the State of Ohio in Charge of Liquidation of Union Trust Company.

No. 6854.

Circuit Court of Appeals, Sixth Circuit.

Jan. 8, 1936.

Davis & Young, Otto G. Graeff, and Garfield, Cross, Daoust, Baldwin & Vrooman, all of Cleveland, Ohio, for appellants.

E. B. Freed, U. S. Atty., Sidney N. Weitz, R. A. Cannon, R. C. Renaud, A. E. Bernsteen, Marc J. Grossman and Oliver Stamper, all of Cleveland, Ohio, John W. Bricker, Atty. Gen., and L. F. Laylin, of Columbus, Ohio, for the United States and others.

1002

PER CURIAM.

Dismissed pursuant to motion of appellants.